■ PARMA TILE MOSAIC & MARBLE CO., INC., Respondent, v ESTATE OF FRED SHORT, Doing Business as SIME CONSTRUCTION Co., Defendant, and MRLS CONSTRUCTION CORP., Appellant. [619 NYS2d 628] —Appeal by the defendant MRLS Construction Corp. from a judgment of the Supreme Court, Queens County (LeVine, J.), dated March 22, 1993.

Ordered that the judgment is affirmed, with costs, for rea-

sons stated by LeVine, J., in his memorandum decision in the Supreme Court, dated November 5, 1992 (155 Misc 2d 950). Rosenblatt, J. P., Ritter, Copertino and Florio, JJ., concur.